IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  10-cv-02683-WYD-KLM

EUGENE DURAN,

      Plaintiff,

v.

ALLIED INTERSTATE, INC., a Minnesota corporation,

      Defendant.

---

## ORDER OF DISMISSAL

---

      THE COURT, having reviewed the Notice of Dismissal with Prejudice pursuant to

Fed.R.Civ.P. 41(a)(1)(A)(i) and being fully advised in the premises, hereby

      ORDERS that this case is **DISMISSED WITH PREJUDICE**, with each party to

pay his or its own attorney's fees and costs.

      Dated this 29th day of November, 2010.

                       BY THE COURT:

                       s/ Wiley Y. Daniel
                       WILEY Y. DANIEL,
                       CHIEF UNITED STATES DISTRICT JUDGE